**Jeffrey CROSTHWAIT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61822.**

Missouri Court of Appeals,
Western District.

Aug. 5, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 30, 2003.

Wendell G. Jaco, Kansas City, MO, attorney for appellant.

John M. Morris, III, Jefferson City, MO, attorney for respondent.

Richard A. Stanes, Jefferson City, MO, Co–Counsel for respondent.

Before ELLIS, C.J., LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM.

Appellant, Crosthwait filed this Rule 24.035 motion to set aside his guilty plea to a felony driving while intoxicated charge under Section 577.010, RSMo.2000. His claim that he relied on counsel's prediction that the plea court would order probation rather than giving him a term in prison, was denied by the motion court. Affirmed. Rule 84.16(b).